**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| RONALD JAVIER RINCON VILLALOBOS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CIV-26-02454-JD |
| | ) | |
| FRED FIGUEROA, et al., | ) | |
| | ) | |
| Respondents. | ) | |

**JUDGMENT**

In accordance with the Court's Order issued today, and pursuant to the Tenth Circuit's decision in *Santillan Quiroz v. Mullin*, 180 F.4th 1226 (10th Cir. 2026), the Court grants in part Petitioner's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 and orders that Respondents provide Petitioner with a bond hearing under 8 U.S.C. § 1226(a) within seven (7) days of the Court's Order, or otherwise release Petitioner if Petitioner has not received a bond hearing within that period.

IT IS SO ORDERED this 24th day of September 2026.

JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE